IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
)
)
) CAUSE NUMBER 4:08 MC 039 CDP
MICHAEL R. HANSON )
)

### ORDER

This matter is before the Court for review of the disciplinary status of Michael R. Hanson, who was the subject of an interim order [ Doc. #4] entered in this matter on March 20, 2008 providing for his suspension from the roll of attorneys authorized to practice law in this Court. That order further provided that the suspension was to be stayed pending notification from the Supreme Court of Missouri that Mr. Hanson successfully completed a period of probation ordered by that Court. This Court was advised by an order of the Supreme Court of Missouri docketed in this matter on April 10, 2009 that Michael R. Hanson has competed the term of probation previously ordered, and has been restored as a member in good standing in The Missouri Bar. Therefore,

**IT IS HEREBY ORDERED** that Michael R. Hanson is restored to membership in good standing in the bar of the Eastern District of Missouri.

Dated this 13th day of August, 2009.

**Catherine D. Perry
Chief United States District Judge**